UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            :     No. 4-15-02169
LESLIE J. COSTA and HECTOR J.               :
COSTA, JR.,                                 :
                                            :     Chapter 13
          Debtors                           :

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

__X__ I, Leslie J. Costa, the debtor in the above-styled case, hereby certify that on June 16, 2019, I completed an instructional course in personal financial management provided by 001 Debtoredu LLC, an approved personal financial management provider.

 Certificate No. 14912-PAM-DE-032974979

____ I, Leslie J. Costa, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of:

 ____ Incapacity of disability, as defined in 11 USC Section 109(h);
 ____ Active military duty in a military combat zone; or
 ____ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:_/s/ Leslie J. Costa_____

Date:_6/20/19_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :   No. 4-15-02169
LESLIE J. COSTA and HECTOR J.             :
COSTA, JR.,                               :
                                          :   Chapter 13
            Debtors                       :

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

__X__   I, Hector J. Costa, Jr., the debtor in the above-styled case, hereby certify that on June 16, 2019, I completed an instructional course in personal financial management provided by 001 Debtoredu LLC, an approved personal financial management provider.

   Certificate No. 14912-PAM-DE-032974980

___   I, Hector J. Costa, Jr., the debtor in the above-styled case, hereby certify that no personal financial management course is required because of:

   ___   Incapacity of disability, as defined in 11 USC Section 109(h);
   ___   Active military duty in a military combat zone; or
   ___   Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:_/s/ *Hector J. Costa, Jr.*_____

Date:_6-20-19_____