IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 4-15-02169
LESLIE J. COSTA and HECTOR J. :
COSTA, JR., :
: Chapter 13
Debtors :

PRAECIPE TO WITHDRAW APPEARANCE

PLEASE remove my appearance as attorney for the above-referenced debtor(s), effective July 31, 2020. My association with the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., is scheduled to terminate on that date, and I will no longer be representing clients after that date. The above-referenced debtor(s) will continue to be represented by the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C.

Respectfully submitted,

Dated: *7/31/2020*  BY: */s/ Donald M. Hahn*
Donald M. Hahn, Esquire
919 University Drive
State College, PA 16801
(814) 231-1850
PA Bar ID No. 66398
dhahn@nittanylaw.com

dwthdrw

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

<u>Service by ECF Notice Addressed as Follows:</u>

    Charles DeHart, III, Esquire
    Chapter 13 Trustee

<u>Service by First-Class Mail Addressed as Follows:</u>

    Leslie Costa
    P.O. Box 534
    Millheim, PA 16854

    Hector Costa
    P.O. Box 534
    Millheim, PA 16854

DATED this _31st____ day of _July_____, A.D., *2020_*.

                                          *_/s/ Donald M. Hahn_____*