UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| LESLIE J. COSTA and HECTOR D. COSTA, JR., <br><br> Debtors | : <br> : <br> : <br> : <br> : <br> : <br> : | 4-15-02169 <br><br> Chapter 13 |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of the Debtor in the above-captioned matter.

STOVER, McGLAUGHLIN, GERACE,<br>
WEYANDT & McCORMICK, P.C.<br>
By: <em>[signature]</em><br>
Jeffrey W. Stover, Esquire<br>
122 East High Street<br>
Bellefonte, PA 16823<br>
(814) 355-8235 Phone<br>
(814) 355-1304 Fax<br>
jstover@nittanylaw.com<br>
Attorney for Debtor<br>
PA I.D. No. 37652

Date: 8/20/2020

Case 4:15-bk-02169-RNO  Doc 75  Filed 08/20/20  Entered 08/20/20 07:03:39  Desc Main Document  Page 1 of 2

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

<u>Service by ECF Notice Addressed as Follows:</u>

Charles DeHart, III, Esquire
Chapter 13 Trustee

<u>Service by First-Class Mail Addressed as Follows:</u>

Leslie J. Costa and Hector D. Costa, Jr.
P.O. Box 534
Millheim, PA 16854

DATED this 20 day of August, A.D., 20 20.

Jeffrey W. Stover, Esquire
122 East High Street
Bellefonte, PA 16823